IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-01137-CNS-NRN | Date: February 29, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| SAN JUAN ASSOCIATES, OUTDOOR WORLD, LLLP  **Plaintiff** | *Patrick Sweet* |
| v. | |
| DEPOSITORS INSURANCE COMPANY  **Defendant** | *Katelyn Werner* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  3:03 p.m.

Appearance of counsel. Also present at Plaintiff's table is Hannah Huston.

Argument as to [83] Defendant Depositors Insurance Company's Motion for Partial Summary Judgment by Ms. Werner and Mr. Sweet with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:**   **[83] Defendant Depositors Insurance Company's Motion for Partial Summary Judgment is GRANTED.**

Court in Recess:  3:54 p.m.          Hearing concluded.          Total time in Court:  00:51