IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:22-cv-01137-CNS-NRN

San Juan Associates, Outdoor World, LLLP

    Plaintiff,

v.

Depositors Insurance Company,

    Defendant.

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that Plaintiff, San Juan Associates, Outdoor World, LLLP, and Defendant, Depositors Insurance Company, have reached a negotiated settlement of the instant action. The parties are preparing formal settlement paperwork and will submit dismissal paperwork to the court reasonably upon completion of the formal agreement.

    Respectfully submitted June 28, 2024.

*/s/ Patrick M. Sweet*
Patrick M. Sweet
    psweet@burgsimpson.com
David K. TeSelle
    dteselle@burgsimpson.com
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112
P: (303) 792-5595
*Counsel for Plaintiff*

1

## Certificate of Service

I certify that on June 28, 2024, a true and correct copy of the foregoing was filed and served via CM/ECF on the following:

Katelyn S. Werner
    katelyn.werner@qpwblaw.com;
Christine M. Kroupa
    christine.kroupa@qpwblaw.com
Rebecca Nicole
    rebecca.nicole@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
216 Sixteenth Street, Suite 1750
Denver, Colorado 80202
P: (720) 798-1620
*Attorneys for Defendant*

                                          */s/ Patrick M. Sweet*