IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01137-CNS-NRN

**SAN JUAN ASSOCIATES, OUTDOOR WORLD, LLLP,**

    Plaintiff,

v.

**DEPOSITORS INSURANCE COMPANY,**

    Defendant.

---

**STIPULATION FOR DISMISSAL**

---

Plaintiff San Juan Associates, Outdoor World, LLLP, by and through counsel, and Defendant, Depositors Insurance Company, by and through counsel, hereby stipulate and agree that all claims that were asserted in this action are dismissed with prejudice. Each party shall bear their own costs and fees incurred in this matter.

    DATED this 8th day of August, 2024.

| BURG SIMPSON ELDREDGE HERSH & JARDINE | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
|---|---|
| */S/ Patrick M. Sweet* | */s/ Rebecca Nicole* |
| Patrick M. Sweet | Katelyn S. Werner |
| David Teselle | Christine M. Kroupa |
| Burg Simpson Eldredge | Rebecca Nicole |
| Hersh & Jardine, P.C. | Quintairos, Prieto, Wood, & Boyer, P.A. |
| 40 Inverness Drive East | 216 16th Street, Suite 1750 |

| | |
|---|---|
| **Englewood, CO  80112** | **Denver, CO 80202** |
| **Telephone: 303-792-5595** | **Telephone: 720-798-1620** |
| **psweet@burgsimpson.com** | **katelyn.werner@qpwblaw.com** |
| **dteselle@burgsimpson.com** | **christine.kroupa@qpwblaw.com** |
| *Attorneys for Plaintiff* | **Rebecca.nicole@qpwblaw.com** |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this the 8th day of August, 2024 addressed to:

Patrick M. Sweet, Esq.
David TeSelle, Esq.
Burg Simpson Eldredge Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, Colorado 80112
(303) 792-5595
psweet@burgsimpson.com
dteselle@burgsimpson.com

                                                    /s/ *Rebecca Nicole*

[2]